IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM HAGEBUSCH, and <br> JENNIFER CASTANEDA, <br> on behalf of herself and those similarly situated, <br> <br> Plaintiff, <br> <br> v. <br> <br> PRYOR INVESTMENTS, L.L.C., <br> BRADLEY C. PYROR, <br> ROBERT C. PRYOR, <br> ROBERT C. PRYOR, <br> DOE CORPORATIONS 1-10, and <br> JOHN DOE 1-10, <br> <br> Defendants. | Case No. 2:22-cv-04111-MDH |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff William Hagebusch's Notice of Voluntary Dismissal (Doc. 15). No listed defendant has responded to Plaintiff's Complaint (Doc. 1) or Amended Complaint (Doc. 12). Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice.

WHEREFORE, after review, the Court **GRANTS** Plaintiff's Notice of Voluntary Dismissal and dismisses this case in its entirety without prejudice.

**IT IS SO ORDERED.**

DATED: September 26, 2022

                                             _/s/ Douglas Harpool_
                                             **DOUGLAS HARPOOL**
                                             **UNITED STATES DISTRICT JUDGE**